(March 25, 1938.)

MICHAEL KOBRYN and HARRY KOBRYN, Respondents, Appellants, v. THE TRAVELERS INSURANCE COMPANY, Appellant, Respondent.— Orders and judgment unanimously affirmed, without costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application for the Committment of GEORGE BLARA, an Alleged Mentally Sick Person. In the Matter of the Appointment of a Committee of the Estate of GEORGE BLARA, an Alleged Incompetent Person. In the Matter of the Annual Inventory and Account of DAVID STEINBOCK, Committee of the Estate of GEORGE BLARA, an Alleged Incompetent Person. GEORGE BLARA, Appellant; DAVID STEINBOCK, as Committee, etc., THE PEOPLE OF THE STATE OF NEW YORK, Respondents.— Orders, so far as appealed from, unanimously affirmed, without costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

WOLF GOLDMAN, Appellant, v. SOPHIE MARGOLIES and HENRIETTA ROTHMAN, as Executrices, etc., of CONRAD J. RUBY, Deceased, and IRWIN KURTZ, Respondents. — Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

EDWARD A. SCOTT, Respondent, v. HALSEY, STUART & Co., INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

NOONAN BUILDING MATERIAL Co., INC., Appellant, v. THE CITY OF NEW YORK, Respondent.— Judgment, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAM BERNSTEIN, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HARRY Fox, Appellant.— Judgments unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NATHANIEL HORN, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

JOSEPH CLEMENTE, Appellant, v. ROSE ROSENTHAL and Others, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NAJO GHATTAS, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.